# United States Court of Appeals
# For The Seventh Circuit

National Labor Relations Board

          Petitioner

         v.

Swyear Amusements, Inc.

          Respondent

Case No. 21-1443

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

X Appellant(s)/Petitioner(s)  Appellee(s)/Respondent(s)  Intervenor(s)  Amicus Curiae

National Labor Relations Board

Names of Parties                                    Names of Parties

### Counsel Information

Lead Counsel: Ruth E. Burdick, Acting Deputy Associate General Counsel

Direct Phone: (202)273-7958     Fax: (202)-273-0191     Email: _____

2nd Counsel: _____

Direct Phone: (202) _____     Fax: (202) 273-0191     Email: _____

3rd Counsel: _____

Direct Phone: (202) _____     Fax: (202) 273 - 0191     Email: _____

Firm Name: National Labor Relations Board

Firm Address: 1015 Half Street, SE Washington DC 20570

Firm Phone: (202) 273-7958  Fax: (202) 273-0191     Email: appellatecourt@nlrb.gov