## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 21-1443 |
| | ) | Board Case 01-CA-130018 |
| SWYEAR AMUSEMENTS, INC. | ) | |
| Respondent | ) | |

### MOTION OF THE NATIONAL LABOR RELATIONS BOARD
### FOR ENTRY OF DEFAULT JUDGMENT

To the Honorable, the Judges of the United States
   Court of Appeals for the Seventh Circuit:

The National Labor Relations Board respectfully moves for entry of a

default judgment against Swyear Amusements, Inc.  Default is warranted because

Swyear failed to file an answer to the Board's application for enforcement within

the time prescribed by Federal Rule of Appellate Procedure 15(b)(2), and because

no counsel has filed an appearance on Swyear's behalf.  In support, the Board

shows as follows:

1.      The Board issued a Supplemental Decision and Order against Swyear

on February 9, 2021.  (370 NLRB No. 82.)  On March 11, the Board filed an

application for enforcement of its order with this Court.  The Board served a copy

of the application on Swyear and on the attorneys who represented Swyear before

the Board.  In addition, the Board requested that the Clerk of the Court serve a
copy of the application on Swyear.

2.    The Court set April 1 as the due date for Swyear to file an answer to
the Board's application.  The Court established this date pursuant to Federal Rule
of Appellate Procedure 15(b)(2), which requires the respondent to file an answer
within 21 days of an enforcement application.

3.    Swyear failed to file an answer by the April 1 deadline.

4.    Federal Rule of Appellate Procedure 15(b)(2) provides unequivocally
that, "[i]f the respondent fails to answer in time, the court will enter judgment for
the relief requested."  Accordingly, a party's failure to file an answer warrants
entry of default judgment.  *See, e.g.*, *NLRB v. Bell Co.*, 561 F.2d 1264, 1266 n.2
(7th Cir. 1977).  In such situations, "the NLRB's application for enforcement …
must be granted."  *Id.*

5.    On April 6, counsel who represented Swyear before the Board
informed the Board that they do not represent Swyear in this matter and had not
filed an appearance with the Court.  No other attorney has filed an appearance on
Swyear's behalf.  Swyear's failure to file an appearance of counsel provides an
additional and independent ground for default.  Corporations may appear in federal
court only through an attorney, and their failure to retain counsel subjects them to

an entry of default judgment.  *See, e.g.*, *Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985).

WHEREFORE, the Board respectfully requests that the Court grant the Board's motion for entry of a default judgment, and enforce the Board's order in full.  A proposed judgment is attached.

Respectfully submitted,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street SE
Washington, DC 20570
(202) 273-2960

Dated at Washington, DC
this 7th day of April, 2021

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD | : | |
| | : | |
| Petitioner | : | |
| | : | No. 21-1443 |
| v. | : | |
| | : | |
| | : | Board Case No. |
| SWYEAR AMUSEMENTS, INC. | : | 01-CA-130018 |
| | : | |
| Respondent | : | |

JUDGMENT ENFORCING AN ORDER OF THE
NATIONAL LABOR RELATIONS BOARD

Before:

     This cause was submitted upon the application of the National Labor Relations Board for entry of a judgment against Swyear Amusements, Inc., its officers, agents, successors, and assigns, enforcing its order dated February 9, 2021, in Case No. 01-CA-130018, reported at 370 NLRB No. 82. The National Labor Relations Board having moved for entry of a default judgment enforcing its order against Swyear Amusements, Inc., and the Court having considered the same, it is hereby

     ORDERED AND ADJUDGED by the Court that the Respondent, Swyear Amusements, Inc., New Athens, Illinois, its officers, agents, successors, and assigns, shall:

(a) Make whole the individuals named below by paying them the amount following their names, plus interest accrued to the date of payment as prescribed in New Horizons, 283 NLRB 1173 (1987), compounded daily as prescribed in Kentucky River Medical Center, 356 NLRB 6 (2010), minus withholdings required by Federal and State laws.

| | |
|---|---|
| Borges Tzab, Jose | $ 10,541 |
| Cutz Couoh, Ricardo | $ 10,541 |
| Flores Calleja, Marciano | $ 10,541 |
| Herrera Segura, Rafael | $ 10,541 |

| | |
|---|---|
| Madrid Galicia, Jhair | $ 10,541 |
| Mendez Corona, Maria | $ 10,541 |
| Pereanez Bastian, Oscar | $ 10,541 |
| Rendon Perdomo, Jovita | $ 10,541 |
| Rodriguez Santiago, Jesus | $ 10,541 |
| Tzab Borges, Gabriel | $ 10,541 |
| Ventura Arallano, Amalia | $ 10,541 |
| Cruz Dzul, Maria | $ 10,403 |
| Dzul Pina, Glendi | $ 10,403 |
| Guzman Landa, Gaudenci | $ 10,403 |
| Hernandez Luna, Laurencio | $ 10,403 |
| Hernandez Sanchez, Juana | $ 10,403 |
| Lucas Julian, Antonio | $ 10,403 |
| Mendoza, Reymundo | $ 10,403 |
| Ramirez Hernandez, Eligio | $ 10,403 |
| Guevara Reyes, Erika | $ 10,075 |
| Borgues Dzib, Manuel | $  8,669 |
| Flores Calleja, Ambrosio | $  8,669 |
| Garcia Salamanca, Martin | $  8,669 |
| Hernandez Alarcon, Porfirio de Jesus | $  8,669 |
| Munoz Garcia, Elit | $  8,669 |
| Murrieta Murrieta, Rodolfo | $  8,669 |
| Pereanez Ortega, Jonathan | $  8,669 |
| Martinez Campos, David Enrique | $  8,502 |
| Mendez Montiel, Jesus | $  8,502 |
| Quijano Gutierrez, Jose Alfonso | $  8,502 |
| Tejeda Hernandez, Paulino | $  8,502 |
| Altamirano Mota, Suleyma | $  8,169 |
| Benavides Aburto, Alma Rose | $  8,169 |
| Rendon Mendez, Ana Maria | $  8,169 |
| Rodriquez Salazary, Francisca | $  8,169 |
| Torres Hernandez, Marie del Carmen | $  8,169 |
| Trujillo Ramirez, Delfina | $  8,169 |
| Tzab Borges, Jesus | $  8,169 |

| Hernandez, Ricardo | $ 7,134 |
| Quijano Mendoza, Josefina | $ 6,281 |
| Quirino Monfil, Abigail | $ 6,281 |
| Martinez, Candelerio | $ 2,992 |

(b) Within 21 days after service by the Region, file with the Regional Director for Region 1 a sworn certification of a responsible official on a form provided by the Region attesting to the steps that the Respondent has taken to comply.

_____

Judge, United States Court of
Appeals for the Seventh Circuit

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 21-1443 |
| | ) | Board Case 01-CA-130018 |
| SWYEAR AMUSEMENTS, INC. | ) | |
| Respondent | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board certifies that this motion contains 406 words of proportionally spaced, 14-point type, and that the word-processing system used was Microsoft Word 2016.

――――――――――――

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that the foregoing document was served on Swyear Amusements, Inc. via first-class mail at the below address:

Terry Swyear, President
Swyear Amusements, Inc.
2622 Kaiser Road
New Athens, IL 62264

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street SE
Washington DC 20570
(202) 273-2960

Dated at Washington, DC
this 7th day of April, 2021