

**Seyfarth Shaw LLP**
975 F Street, N.W.
Washington, DC 20004-1454
T (202) 463-2400
F (202) 828-5393

jtoner@seyfarth.com
T (202) 828-3575

www.seyfarth.com

April 13, 2021

Christopher G. Conway
Clerk of the Court
U.S. Court of Appeals for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, IL 60604

**Re:    NLRB v. Swyear Amusements, Inc.; Docket No. 21-1443**

Dear Mr. Conway:

    We are writing to advise you that we are not counsel of record in the above-referenced matter and respectfully request that the record be appropriately corrected.

    We understand that Mr. David Habenstreit, Assistant General Counsel of the National Labor Relations Board ("NLRB"), filed an Application for Enforcement with the Court on March 11, 2021, regarding an NLRB Order arising from proceedings involving Swyear Amusements, Inc. In his cover letter to the Court accompanying the Application for Enforcement, Mr. Habenstreit indicates that he served a copy of the Application by email upon "each party admitted to participate in the Board proceedings."

    We, the undersigned (John Toner and Leon Sequeira), represented Swyear Amusements, Inc. in proceedings before the NLRB. Our representation of Swyear Amusements, Inc., however, was finite and limited in scope to proceedings before the NLRB. Our representation did not (and does not) extend to matters or proceedings in federal court. The NLRB has been notified of the finite duration and limited scope of our representation of Swyear Amusements, Inc.

    The email address for John Toner and the email address for Leon Sequeira were each evidently associated with this matter when it was docketed at the Seventh Circuit. Circuit Rule 3(d) states that "[t]he attorney whose name appears on the docketing statement or other document *first filed by that party* in this court will be deemed counsel of record" (emphasis added). Neither of the undersigned attorneys, however, have filed a document in the Seventh Circuit and neither has entered an appearance. Moreover, neither John Toner nor Leon Sequeira is admitted to practice before the U.S. Court of Appeals for the Seventh Circuit.

69388078v.1



Christopher G. Conway
April 13, 2021
Page 2

We therefore respectfully request that the record in this matter be appropriately corrected to reflect that Swyear Amusements, Inc. is not represented in this Court by John Toner, nor Leon Sequeira.

Very truly yours,

SEYFARTH SHAW LLP

John J. Toner /jsf

Leon R. Sequeira /jsf

Leon R. Sequeira
Attorney at Law
11205 Highway 329
Prospect, KY 40059
(202) 255-9023
(202) 464-5565 fax
LSEQUEIRA@LRS-LAW.COM

69388078v.1