# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 28, 2021

*By the Court:*

| No. 21-1443 | NATIONAL LABOR RELATIONS BOARD, Petitioner<br><br>v.<br><br>SWYEAR AMUSEMENTS, INCORPORATED, Respondent |
|---|---|
| **Originating Case Information:** ||
| Agency Case No: NLRB-1 : 01-CA-130018<br>National Labor Relations Board ||

The following is before the court: **LETTER**, filed on April 26, 2021, by Attorneys John J. Toner and Leon R. Sequeira.

**IT IS ORDERED** that the clerk of this court shall correct the docket to reflect that attorneys John J. Toner and Leon R. Sequeira's representation of respondent is terminated and that no attorney has entered an appearance for respondent in this court.

form name: **c7_Order_BTC**(form ID: **178**)